Michael E. Amash, Blake & Uhlig, Kansas City, KS, for Defendants–Appellees.

Before LOKEN, BYE, and COLLOTON, Circuit Judges.

PER CURIAM.

LaRonda Phox appeals following the district court's[1] entry of final judgment in her employment discrimination action. We have carefully considered Phox's arguments for reversing the numerous orders she identifies on appeal, and we agree with the district court's disposition of these matters and its underlying analysis, including its denial of her motion for default

judgment against George E. Fern Company, *see Norsyn, Inc. v. Desai,* 351 F.3d 825, 828 (8th Cir.2003) (reviewing for abuse of discretion), and its grant of summary judgment to International Alliance of Theatrical Stage Employees, Local 31, *see Shaffer v. Potter,* 499 F.3d 900, 903 (8th Cir.2007) (de novo review). The judgment of the district court is affirmed, *see* 8th Cir. R. 47B, and we deny Phox's motion for a court order.

**Raul Velasquez RUIZ, Jr.,
Plaintiff–Appellant**

v.

**SNODGRASS, Officer of Clinton Police Department; Ross Barlow, Clinton County A.D.A.; Gorden Miller, Retired IDPS/DCI/SOR; Clinton County, Iowa; Polk County, Iowa; Clinton, Iowa; Des Moines, Iowa, Defendants–Appellees.**

No. 13–3369.

United States Court of Appeals,
Eighth Circuit.

Submitted: Feb. 4, 2014.

Filed: March 4, 2014.

---

1. The Honorable Dean Whipple, United States District Judge for the Western District

of Missouri.

Raul Velasquez Ruiz, Jr., Fort Madison, IA, pro se.

Before WOLLMAN, MURPHY, and SMITH, Circuit Judges.

PER CURIAM.

Raul Ruiz appeals the district court's[1] preservice dismissal of his 42 U.S.C. § 1983 case. After carefully reviewing the record, *see Kaden v. Slykhuis,* 651 F.3d 966, 968 (8th Cir.2011) (per curiam) (de novo review of preservice dismissal), we find no basis for reversal. Accordingly, we affirm, see 8th Cir. R. 47B, and deny Ruiz's motion for appointment of counsel.

---

1. The Honorable Stephanie M. Rose, United States District Judge for the Southern District of Iowa.